UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                               Case No. 8:14-cr-136-T-30TGW

MICHAEL ALLEN BABIARZ

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 77) for any and all contents of a Morgan Stanley SEP IRA, account number 663-027988, held in the name of Michael A. Babiarz, as a substitute asset in partial satisfaction of the defendant's $37,900.00 forfeiture money judgment.

Being fully advised of the relevant facts, the Court hereby finds that a Forfeiture Money Judgment was entered against the defendant in the amount of $37,900.00 and that the United States is entitled, pursuant to 21 U.S.C. § 853(p) and the defendant's plea agreement, to forfeit substitute assets to satisfy that money judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 77) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p) and Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure, the

defendant's interest in the substitute asset identified above is hereby forfeited to the United States for disposition according to law.

The United States shall credit the defendant's forfeiture money judgment with the net proceeds from the substitute asset.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 14th day of November, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2014\14-cr-136 forfeit Babiarz 77.docx