# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:14-cr-136-T-30TGW

MICHAEL ALLEN BABIARZ

## ORDER

THIS CAUSE comes before the Court upon Non-Party Morgan Stanley's Motion for Order Directing Transfer of Funds Pursuant to Preliminary Order of Forfeiture for Substitute Asset (Dkt. #103). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Non-Party Morgan Stanley's Motion for Order Directing Transfer of Funds Pursuant to Preliminary Order of Forfeiture for Substitute Asset (Dkt. #103) is GRANTED.

2. Non-Party Morgan Stanley is directed to liquidate the Individual Retirement Account of Defendant Michael Allen Babiarz, and to deliver all funds, with no taxes withheld, via a check made payable to the United States Marshal's Service, to:

The United States Attorney's Office
Attn:  Senior Inspector Mike McClung
400 N. Tampa Street, Suite #3200
Tampa, FL   33602

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of January, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record