UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-136-T-30TGW

MICHAEL ALLEN BABIARZ

### FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSET

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 116), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for approximately $32,347.89 seized from Morgan Stanley SEP IRA, account number 663-027988, held in the name of Michael A. Babiarz, as a substitute asset in partial satisfaction of the defendant's $37,900.00 forfeiture money judgment.

On November 14, 2014, the Court entered a Preliminary Order of Forfeiture for Substitute Asset for the funds described above, pursuant to 21 U.S.C. § 853(p). Doc. 79.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from December 3, 2014 through January 1, 2015. Doc. 98. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons

Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, no person, other than the defendant Babiarz, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture for Substitute Asset, is known to have an interest in the asset. No additional party has filed a petition or claimed an interest in the asset, and the time for filing a petition has expired.

No other third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 116) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the asset identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 13th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record